UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GANIYU AYINLA JAIYEOLA,

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION, et al.,

    Defendants.

_____/

Hon. Janet T. Neff

Case No. 1:17-cv-00562

## ORDER

This matter is before the Court on various motions. For the reasons stated on the record at the hearing held March 19, 2018:

- Plaintiff's Motion to File a Reply Brief Regarding Plaintiff's Motion to Join Parties (ECF No. 67) is **denied**.

- Plaintiff's Motion to Join Parties (ECF No. 45) is **denied**;

- Plaintiff's Motion to Notify the Court that Toyota of Grand Rapids (TOGR, LLC) Has Not Complied with Plaintiff's Subpoena Duces Tecum (ECF No. 52) is **denied**; and

- Non-Party Toyota of Grand Rapids' Motion for Protective Order (ECF No. 61) is **dismissed as moot**.

Upon further review of the motion, the court rules, and the Case Management Order in this case (ECF No. 34):

- The oral ruling made at the March 19, 2018, hearing is revised, and Defendants' Motion for Clarification and/or for Leave to Exceed Ten Depositions (ECF No. 57 is **granted**. The deposition limit contained in the Case Management Order in this

case (ECF No. 34) will prevail, i.e., each **party** may take not more than ten depositions. However, if defendants as a **side** take more than ten depositions total, plaintiff will be allowed ten depositions **per defendant**.

    IT IS SO ORDERED.


Dated: March 23, 2018                        /s/ Ellen S. Carmody
                                                         ELLEN S. CARMODY
                                                         U.S. Magistrate Judge